**SO ORDERED.**

**SIGNED this 23rd day of April, 2013.**




THOMAS W. WALDREP, JR.
UNITED STATES BANKRUPTCY JUDGE

---

C-13-16(FTP)
(Rev. 6/04)

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:                            )
                                  )
CHRISTOPHER MICHAEL WILLIAMS      )     **ORDER DENYING MOTION AS MOOT**
                                  )
                                  )     No.  13-50041 C-13W
                                  )
                                  )
                       Debtor(s)  )

This case came before the Court on April 19, 2013 on the Trustee's Motion for Dismissal of the Case, and the Court finding that the Motion is moot, it is

**ORDERED** that the Trustee's Motion for Dismissal of the Case, being moot, is denied without prejudice.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
13-50041 C-13W

CHRISTOPHER MICHAEL WILLIAMS
421 WESTERHOLDT ST
EAST ALTON IL 62024

JOHN M BAHNER JR
PO DRAWER 1210
ALBEMARLE NC 28002

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON SALEM NC 27102 2115